# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joel Fisher,<br><br>    Plaintiff,<br><br>v.<br><br>Williams & Fudge Incorporated; Unknown Parties,<br><br>    Defendants. | No. CV-13-02321-PHX-GMS<br><br>**ORDER** |

**IT IS ORDERED** granting the Stipulation of Dismissal Without Prejudice between Plaintiff and Defendants (Doc. 9).

**IT IS FURTHER ORDERED** vacating the Scheduling Conference currently set for January 17, 2014.

Dated this 13th day of January, 2014.

_A. Murray Snow_
G. Murray Snow
United States District Judge